UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
United States of America               :

                                       :        25 MJ 1742 (    )

     -against-                         :        **ORDER**

                                       :

Miguel Perez                           :

          Defendant                    :
------------------------------------x

     **ORDERED**, that the defendant is hereby remanded to the custody of the United States Marshal.


Dated:   New York, New York


                              _____
                              Stewart D. Aaron, U.S.M.J.