Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**BY ECF & EMAIL** MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 8/20/2026

August 19, 2026

Hon. Lewis A. Kaplan
District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: United States v. Miguel Perez, 26-CR-136 (LAK)**

Dear Judge Kaplan:

The Defense writes to request an unopposed continuance of both the current sentencing date and the timetable for sentencing submissions outlined in the Court's Individual Practices. The continuance is needed for the Defense to collect necessary documents and fully prepare a sentencing submission in this matter.

The current sentencing date is scheduled for September 10, 2026. There have been no previous requests for adjournment of sentencing.

The Defense requests a new sentencing date of December 9, 2026, with the respective submissions adjusted to conform with the Court's Individual Practices. Undersigned counsel has communicated with the assigned Assistant United States Attorney, who indicates that the government is available on that date and does not object to this request.

Respectfully submitted,

/s/ Mitchell Schwartz
Mitchell E. Schwartz
Assistant Federal Defender
Federal Defenders of New York
52 Duane Street, 10th Floor
New York, NY 10007

**Granted. The sentencing is continued until December 9, 2026, at 4:00 p.m.**

SO ORDERED

Lewis A. Kaplan, USDJ

Dated: August 20, 2026